AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____\*\*\*\*\*_____DISTRICT OF__NEVADA_____

WILLIAM BAKER,

       Petitioner,

V.

                                    **JUDGMENT IN A CIVIL CASE**

                                      CASE NUMBER: **3:09-cv-00006-LRH-RAM**

SECOND JUDICIAL DISTRICT
COURT, et al.,

       Respondents.

**__**   **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**__**   **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**_X_**   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE for petitioner's failure to obey this Court's January 13, 2009, order.

  __April 8, 2009__                       **_LANCE S. WILSON_**
                                         Clerk

                                 _/s/ Kalani Lizares_
                                     Deputy Clerk